UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re ANTHONY JAMES,

    Plaintiff.

Case No. 15-cv-01085-JST (PR)

**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLAINT**

Re: Dkt. No. 4

    This action was opened when the Court received from Plaintiff a letter discussing prison conditions. The Court sent him a form complaint to fill out, and he then requested an extension of time to file the form complaint. Plaintiff's request for an extension of time to file a complaint is GRANTED. Dkt. No. 4. Plaintiff must file his complaint no later than **June 8, 2015**. Failure to file the complaint will result in the dismissal of this action. The Court notes that Plaintiff's in forma pauperis (IFP) application also has a deadline of June 8, 2015. **If the complaint and IFP application are not filed on or before June 8, 2015, this action will be dismissed without prejudice for failure to prosecute.**

    **IT IS SO ORDERED.**

Dated: April 17, 2015

                                             JON S. TIGAR
                                    United States District Judge