UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY DEON JAMES,

    Plaintiff,

    v.

WASCO STATE PRISON, et al.,

    Defendants.

Case No. 15-cv-01085-JST (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner proceeding pro se, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983. The acts complained of occurred at Wasco State Prison in Wasco, California, and Defendants are located in Wasco, which lies within the venue of the Eastern District of California. Therefore, venue properly lies in the Eastern District. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: April 22, 2015

_____
JON S. TIGAR
United States District Judge