UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTHONY DEON JAMES, | 1:15-cv-00628-LJO-GSA (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| WASCO STATE PRISON, et al., | |
| Defendants. | (Document# 20) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On May 29, 2015, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on April 23, 2015, IT IS HEREBY ORDERED THAT plaintiff's application of May 29, 2015, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated: **June 3, 2015**          /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE

1